Good morning. There are several cases on submission, including Demirovich v. Ortega, which was scheduled for argument, but counsel have informed us that they wish to submit, and the panel has agreed. And our first case, Lerner v. Bayrock, Camelback, is likewise on submission. The clerk informs us that counsel are otherwise present, so we will dispense with the calendar call, and we'll begin by hearing counsel in USA v. Victor Pratt. Mr. Lee, how are you? Good, thank you, Your Honor. Good. Good morning, and may it please the Court. Yong Chun Lee, Federal Defenders for Appellant Victor Pratt. As we've argued on the appeal, the alcohol treatment condition is unlawful for two reasons. First, it impermissibly delegates sentencing authority, and second, it's simply unreasonable because Mr. Pratt doesn't have an alcohol. We understand you've come to an agreement. Yes, so the government now essentially agrees to the remedy that we seek, which is simply to strike the condition. And so, you know, there's still some disagreements, but since that's what we seek, I won't waste the Court's time, and unless the Court has questions. I think we appreciate this, and we're pleased that counsel have reached an agreement, and we will remand after this hearing for further proceedings in the district court. Oh, Your Honor, the agreement was to strike it. To strike it. Yes, Your Honor. Well, that's fine. I think we have no problem with that. Thank you, Your Honor. It's a question of who's going to do it. If you want us to do it, we'll be happy to do it. Either way, Your Honor, thank you. Thank you very much.